UNITED STATES DISTRICT COURT )        AUSA Bond Approval _____

UNITED STATES OF AMERICA )

                       )        **APPEARANCE BOND**

     **vs.**               )        **FOR CASE NUMBER**   08-MJ-616

                       )

**Fortino Ortega Alvarado**

MAR 1 3 2008

        I, the undersigned defendant and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $_____30,000.00_____, and there has been deposited in the Registry of the Court the sum of $_____-0-_____ in cash or the amount of the bond is secured by _____. (describe other security)

        The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of Califomia or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

        If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

        It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

        This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on _03-6-_, 20_08_ at _San diego_.

Defendant's Signature: _Fortino Alvarado_

Surety's Signature: _Rolando Ramirez_

Surety's Signature: _GENARO ALVARADO_

Signature of Witness of Surety' Signature: _Antonio (name) - for RolandoRamirez and for Genaro Alvarado._

Signed and acknowledged before me, the witness, on _3/04_, 20_08_.

Approved: _____, Federal Judge

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant fails to appear or surrender and the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 3-06-08                    _Portino Alvarado_
                                    Signature of Defendant

## NOTIFICACIÓN DE PENAS Y SANCIONES

El contravenir cualquiera de las siguientes condiciones de libertad provisional puede resultar en que de inmediato se gire una orden de aprehensión en contra del inculpado, y se le revoque su libertad provisional y se expida una orden de detención conforme al Título 18 del Código Federal, Artículo 3148, y que se le procese penalmente por desacato al tribunal conforme al Título 18, Artículo 401, lo cual podría resultar en que el inculpado reciba una sentencia privativa de su libertad y/o una multa.

La comisión de cualquier delito mientras se está en libertad provisional, puede resultar, una vez que se le haya condenado por dicho delito, en una sentencia adicional privativa de libertad de no menos de dos años y no más de diez años si el delito se cometiere fuera un delito grave; o un término privativo de libertad de no menos de noventa días y no más de un año tratándose de un delito no grave. Tal condena deberá ser consecutiva a cualquier otra pena y adicional a la condena que se le imponga por el delito inicial.

El Título 18, Artículo 1503, del Código Federal establece que el intimidar o intentar intimidar a un testigo, a un integrante de un jurado o a un funcionario del poder judicial es un delito que se castigará con hasta cinco años de cárcel y una multa de $250,000.00 dólares. El Título 18, Artículo 1510, del Código Federal, establece que el obstruir una investigación por la comisión de presuntos delitos se castigará con hasta cinco años de cárcel y una multa de hasta $250,000.00 dólares; el Título 18 del Código Federal, Artículo 1512, establece que corromper a, o influir indebidamente a un testigo, una víctima o un informante es un delito que se castiga con hasta diez años de encarcelamiento y una multa de hasta $250,000.00 dólares; el Título 18 del Código Federal, Artículo 1513, establece que el tomar represalias en contra de un testigo, una víctima o un informante o amenazar con tomar represalias en contra de los mismos o intentar hacerlo, constituye un delito que será castigado con hasta diez años de cárcel y una multa de $250,000.00 dólares.

El Título 18 del Código Federal, Artículo 3146, establece que el inculpado comete un delito si, después de haber sido puesto en libertad provisional, intencionalmente evade las condiciones de su libertad caucional al no comparecer ante el tribunal como se le haya indicado o no se entregue a las autoridades para purgar la condena en acatamiento a una orden judicial. Si el inculpado, estando en libertad provisional no compareciere o no se entregara a las autoridades, para ya sea purgar una condena, o después de haberse resuelto su apelación o de expedirse certificación judicial de la resolución de la misma, recibirá las siguientes penas y castigos dependiendo del tipo de delito que se le impute:

(1) tratándose de un delito que se castigue con la pena de muerte, cadena perpetua o pena privativa de libertad de quince años o más, se le impondrá una multa de no más de $250,000.00dólares o una pena privativa de libertad de no más de diez años, o ambos castigos.

(2) tratándose de un delito que se castigue con un término privativo de libertad de cinco años o más, pero menos de quince años, se le impondrá una multa de no más de $250,000.00 dólares o una pena privativa de libertad de no más de cinco años, o ambos castigos.

(3) tratándose de cualquier otro delito grave, se le impondrá una multa de no más de $250,000.00 dólares o un término privativo de libertad de no más de dos años o ambos castigos.

(4) tratándose de un delito no grave, se le impondrá una multa de no más de $100,000.00 dólares o un término privativo de libertad de no más de un año o ambos castigos.

El plazo privativo de libertad que se le imponga por no comparecer, o por no entregarse a las autoridades cuando así se le haya ordenado, será consecutivo a la condena privativa de libertad que se le haya dictado por cualquier otro delito. Además, la falta de comparecencia puede resultar en que la caución se haga efectiva en perjuicio del garante.

### CONFIRMACIÓN DE RECIBO DE AVISO POR PARTE DEL INCULPADO

Por medio de la presente, me doy por enterado de las condiciones para el goce de libertad provisional. Prometo obedecer todas las condiciones, comparecer ante el tribunal cuando se me indique y entregarme a las autoridades para cumplir cualquier condena que se me imponga. Estoy consciente de las penas y sanciones que se señalan en los párrafos anteriores.

FECHA:_____    _____

Firma del Inculpado

**This form is not officially sanctioned by the Administrative Office or the Judicial Conference**

K:\COMMON\CSA\forms\2005\Sp_appear_bnd.wpd

# ACKNOWLEDGMENT

State of California
County of _____ Los Angeles _____ )

On __ March 04, 2008 __ before me, __ Antonio Guerrero, Notary Public __
(insert name and title of the officer)

personally appeared ___ Rolando G. Ramirez ___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

# ACKNOWLEDGMENT

State of California
County of _____Los Angeles_____)

On __March 05, 2008_____ before me, __Antonio Guerrero, Notary Public_____
, (insert name and title of the officer)

personally appeared ___Genaro Alvarado_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____      (Seal)

ANTONIO GUERRERO
Commission # 1790183
Notary Public - California
Los Angeles County
My Comm. Expires Jan 31, 2012

## AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)

I, _____N/A_____, on oath say that the $ ____N/A____
cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address
listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case
of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten
days, proceed summarily and render judgment against said cash security in accordance with my obligation
herein and award execution thereon.

## JUSTIFICATION OF SURETY AND SURETY AGREEMENT

I, **Rolando Gonzalez Ramirez**_____, the undersigned surety, declare under penalty of perjury, that
my net worth is the sum of $ **30,000.00**_____ and that I have read and understand this two
page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this
surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court
and the defendant's compliance with all conditions of release as ordered by the court. If the defendant
does not appear or comply with the conditions of release, I will be required to pay the amount of the bond,
any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be
entered against me. If judgment is entered against me a Judgment Lien will be filed with the County
Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety
Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years
imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _____ Date: 03/04/08

Printed name and address of witness to surety's signature: **Antonio Guerrero**

**1635 Chelsea Road,  San Marino, CA 91108**

Signature of witness: _____ Date: 3/4/08

**AUSA**____(initials)                    **DEFENSE ATTORNEY**____(initials)

Page 2 of 2    Surety Addendum

**BIENES INMUEBLES  QUE SEAN DE SU PROPIEDAD: (si tiene mas de una propiedad, por favor utilice una hoja adicional)**

Domicilio: _____**N/A**_____

Valor de la propiedad: _____ Valor liquido: $_____

Titular(es) de las escrituras de propiedad: _____

¿Está al corriente de los pagos de impuestos e hipoteca(s)? _____

¿Se adjunta el título de propiedad del fiador ?_____ ¿Avalúo?_____

AGENTE DEL MINISTERIO PÚBLICO (AUSA)_____ (iniciales)

FIADOR _____ (iniciales)


Página 2 de 3 del anexo de fiador.

### DECLARACIÓN JURADA DEL DUEÑO DEL EFECTIVO PRENDARIO QUE GARANTIZA ESTA FIANZA
#### (llene este formulario si procede en su caso)

Yo, _____N/A_____, bajo protesta de decir verdad, declaro que soy el dueño de la cantidad de $ ____N/A_____ , en efectivo, que ha sido depositada para garantizar esta fianza, misma que me será devuelta al domicilio indicado en la página número uno de este anexo una vez que la fianza haya sido exonerada.

Reconozco que dichos fondos están sujetos a las disposiciones de la Regla Judicial Local 67.1, y doy mi consentimiento y acepto que, en caso de incumplimiento o contumacia por parte del obligado principal, el Tribunal, una vez que se me haya notificado con no menos de diez días de anticipación, podrá proceder en forma sumaria y emitir un fallo en contra de dicho efectivo prendario, de conformidad con mi obligación presente y ordenar que se efectúe la cobranza del mismo.

### CONSTATACIÓN Y ACUERDO DE LOS GARANTES

Yo, **Rolando Gonzalez Ramirez**_____, el suscrito fiador, declaro bajo pena de perjurio que el valor neto de mis bienes es de: **30,000.00**_____ , y que he leído en su totalidad y entiendo las dos páginas que constituyen el anexo del formulario de fiador, y que al firmar la fianza al igual que este anexo, me comprometo y me responsabilizo de que el procesado comparezca a todas las diligencias procesales, y que cumpla también con todas las condiciones de libertad caucional que le haya prescrito el juez. Si el procesado incumpliere con las condiciones de libertad caucional o no se presentare a las diligencias procesales, entiendo que tendré que pagar el monto de la fianza; Además, el ministerio público podrá tomar posesión de la cantidad prendaria que haya depositado para cubrir el monto de la fianza y entiendo también que existe la posibilidad de que se radique un fallo en mi contra. Si se radica un fallo en mi contra, el gravámen por la cantidad total del monto de la fianza se asentará en el registro civil de todos los condados pertinentes.

Declaro bajo pena de perjurio que toda la información que contiene esta fianza, al igual que sus anexos es información verdadera, correcta y completa. (Las penas por declaraciones falsas son las siguientes: Una multa de $250,000, o cinco años de encarcelamiento o ambos castigos, (18 USC § 1001.)

Firma del fiador: _____    Fecha: _____

Favor de escribir en letra de molde el nombre y domicilio del testigo que comprueba la firma del fiador:
**Antonio Guerrero - 1635 Chelsea Road, San Marino, CA 91108**

_____

Firma del testigo que presencia este acto: _____

AUSA _____ (iniciales)                    ABOGADO DEFENSOR _____ (iniciales)
Agente de Ministerio Público Federal

**Página 3 de 3 del anexo de fiador.**

K:\COMMON\CSA\forms\2005\Sp_surety_adden.wpd

CASE NAME: United States v **Fortino Ortega Alvarado**    CASE NO.    **08-MJ-616**

## SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)
(Use separate addendum for each surety)

# ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name: **Rolando Gonzalez Ramirez**

Date of Birth: **10/14/1966**    S.S.# **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**

Immigration Status: **United States Citizen**    "A" Number"

Home address: **1326 E. 23rd Street,  Los Angeles, CA 90011**

Home Phone: **323-846-8259**

Surety's relationship to defendant: **Brother-in-law**

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: **Malarkey Roofing Products**

Employer's address: **9301 S. Garfield Avenue,  SouthGate, CA 90280**

Length of employment: **19years**    Work phone: **562-806-8000**

Monthly salary (gross): $ **3,000.00**

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income:    **N/A**

Amount of additional income: $

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address:    **N/A**

Value of Property: $    Equity in property: $

Holder(s) of trust deed(s):

Are payments/taxes current?

Is proof of surety's title to property attached?    Appraisal?

**AUSA**          (initials)    **SURETY** *R. R.* (initials)

Page 1 of 2   Surety Addendum

RUBRO: Estados Unidos v. **Fortino Ortega Alvarado**

CASO NÚMERO: **08-MJ-616**

### ANEXO A LA FIANZA QUR GARANTIZA LA COMPARECENCIA
### DATOS DEL FIADOR (3 páginas)
(Utilice un formulario para cada uno de los fiadores)

### ADJUNTE FOTOCOPIAS DE DOS TIPOS DE IDENTIFICACIÓN PARA CADA UNO DE LOS FIADORES, UNO DE ELLOS DEBERÁ TENER LA FOTOGRAFIA DEL PORTADOR.

Nombre del Fiador:

**Rolando Gonzalez Ramirez**

Fecha de Nacimiento: **10/14/1966**

Cédula de Seguridad Social: **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**

Calidad Migratoria: **United States Citizen**        Registro de Extranjero "A"

Domicilio Particular: **1326 E. 23rd Street,  Los Angeles, CA 90011**

Teléfono Particular: **323-846-8259**

Parentesco o relación con el procesado **Amigos**

### DATOS DE EMPLEO Y SALARIO:

Nombre del patrón o empresa donde trabaja: **Malarkey Roofing Products**

Domicilio del patrón y/o empresa donde la trabaja: **9301 S. Garfield Avenue,**

**SouthGate, CA 90280**

Tiempo que tiene trabajando en la empresa: **19years**

Teléfono del patrón o empresa donde trabaja **562-806-8000**

Sueldo o salario mensual (antes de deducciones) **$3,000.00**

### INFORMACIÓN DE INGRESOS ADICIONALES: (de ser aplicable en su caso)

Fuente de ingresos adicionales:
**N/A**

Cantidad de ingresos adicionales: **N/A**

K:\COMMON\CSA\forms\2005\Sp_surety_adden.wpd

# ACKNOWLEDGMENT

State of California
County of _____ Los Angeles _____ )

On ____ March 04, 2008 _____ before me, ____ Antonio Guerrero, Notary Public ____
                                                      (insert name and title of the officer)

personally appeared ____ Rolando G. Ramirez _____ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)

ANTONIO GUERRERO
Commission # 1790153
Notary Public - California
Los Angeles County
My Comm. Expires Jan 31, 2012





CASE NAME: United States v **Fortino Alvarado-Ortega** CASE NO **08-MJ-616**

## SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)
(Use separate addendum for each surety)

## ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name: **Genaro Alvarado**

Date of Birth: **12/02/1966** S.S.# **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**

Immigration Status: **Permanent Resident** "A" Number" **092-946-925**

Home address: **2315 S. Flower Street, Apt. # 315, Los Angeles, CA 90007**

Home Phone: **213-219-0829**

Surety's relationship to defendant: **Brother**

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: **Self-employed**

Employer's address: **2315 S. Flower Street, Apt. # 315, Los Angeles, CA 90007**

Length of employment: **3years** Work phone: **213-219-0829**

Monthly salary (gross): $ **1,600.00**

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: **N/A**

Amount of additional income: $

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address: **N/A**

Value of Property: $ Equity in property: $

Holder(s) of trust deed(s):

Are payments/taxes current?

Is proof of surety's title to property attached? Appraisal?

AUSA_____(initials) SURETY **G. A.** (initials)

Page 1 of 2 Surety Addendum

K:\COMMON\CSA\forms\2005\BondForms.wpd

RUBRO: Estados Unidos v. **Fortino Alvarado-Ortega**
CASO NÚMERO: **08-MJ-616**

## ANEXO A LA FIANZA QUR GARANTIZA LA COMPARECENCIA
## DATOS DEL FIADOR (3 páginas)
(Utilice un formulario para cada uno de los fiadores)

### ADJUNTE FOTOCOPIAS DE DOS TIPOS DE IDENTIFICACIÓN PARA CADA UNO DE LOS FIADORES, UNO DE ELLOS DEBERÁ TENER LA FOTOGRAFIA DEL PORTADOR.

Nombre del Fiador:

**Genaro Alvarado**

Fecha de Nacimiento: **12/02/1966**
Cédula de Seguridad Social: **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**

Calidad Migratoria: **Permanent Resident**        Registro de Extranjero "A" **092-946-925**

Domicilio Particular: **2315 S. Flower Street, Apt. # 315, Los Angeles, CA 90007**
Teléfono Particular: **213-219-0829**

Parentesco o relación con el procesado **Hermano**

### DATOS DE EMPLEO Y SALARIO:

Nombre del patrón o empresa donde trabaja: **Self-employed**

Domicilio del patrón y/o empresa donde la trabaja: **2315 S. Flower Street, Apt. # 315, Los Angeles,**

**CA 90007**

Tiempo que tiene trabajando en la empresa: **3years**

Teléfono del patrón o empresa donde trabaja **213-219-0829**

Sueldo o salario mensual (antes de deducciones) **1,600.00**

### INFORMACIÓN DE INGRESOS ADICIONALES: (de ser aplicable en su caso)

Fuente de ingresos adicionales:
**N/A**

Cantidad de ingresos adicionales: **N/A**

K:\COMMON\CSA\forms\2005\Sp_surety_addon.wpd

**AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)**

I, _____N/A_____, on oath say that the $ _____N/A_____
cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address
listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case
of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten
days, proceed summarily and render judgment against said cash security in accordance with my obligation
herein and award execution thereon.


**JUSTIFICATION OF SURETY AND SURETY AGREEMENT**


I, **Genaro Alvarado** _____, the undersigned surety, declare under penalty of perjury, that
my net worth is the sum of $ **30,000.00** _____ and that I have read and understand this two
page Surety Addendum in its entirety.  I further understand that by signing the appearance bond and this
surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court
and the defendant's compliance with all conditions of release as ordered by the court.  If the defendant
does not appear or comply with the conditions of release, I will be required to pay the amount of the bond,
any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be
entered against me. If judgment is entered against me a Judgment Lien will be filed with the County
Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety
Addendum is true, accurate, and complete.  (Penalty for false statements: $250,000 fine and/or five years
imprisonment, 18 U.S.C. § 1001.)

Signature of surety: GENARO ALVARADO _____ Date: 3-05-08

Printed name and address of witness to surety's signature: **Antonio Guerrero -**

**1635 Chelsea Road,  San Marino, CA 91108**

Signature of witness: _Antonio Guerrero_ _____ Date: **3/05/08**

**AUSA_____(initials)**                **DEFENSE ATTORNEY_____(initials)**

Page 2 of 2    Surety Addendum

**BIENES INMUEBLES QUE SEAN DE SU PROPIEDAD: (si tiene mas de una propiedad, por favor utilice una hoja adicional)**

Domicilio: _____ **N/A** _____

Valor de la propiedad: _____ Valor liquido: $ _____

Titular(es) de las escrituras de propiedad: _____

¿Está al corriente de los pagos de impuestos e hipoteca(s)? _____

¿Se adjunta el título de propiedad del fiador ? _____ ¿Avalúo? **Si** _____

AGENTE DEL MINISTERIO PÚBLICO (AUSA)_____ (iniciales)

FIADOR _____ (iniciales)

Página 2 de 3 del anexo de fiador.

**DECLARACIÓN JURADA DEL DUEÑO DEL EFECTIVO PRENDARIO QUE GARANTIZA ESTA FIANZA**
**(llene este formulario si procede en su caso)**

Yo,_____N/A_____, bajo protesta de decir verdad, declaro que soy el dueño de la cantidad de $ _____N/A_____ , en efectivo, que ha sido depositada para garantizar esta fianza, misma que me será devuelta al domicilio indicado en la página número uno de este anexo una vez que la fianza haya sido exonerada.

Reconozco que dichos fondos están sujetos a las disposiciones de la Regla Judicial Local 67.1, y doy mi consentimiento y acepto que, en caso de incumplimiento o contumacia por parte del obligado principal, el Tribunal, una vez que se me haya notificado con no menos de diez días de anticipación, podrá proceder en forma sumaria y emitir un fallo en contra de dicho efectivo prendario, de conformidad con mi obligación presente y ordenar que se efectúe la cobranza del mismo.

## CONSTATACIÓN Y ACUERDO DE LOS GARANTES

Yo, **Genaro Alvarado**_____, el suscrito fiador, declaro bajo pena de perjurio que el valor neto de mis bienes es de: **30,000.00**_____, y que he leído en su totalidad y entiendo las dos páginas que constituyen el anexo del formulario de fiador, y que al firmar la fianza al igual que este anexo, me comprometo y me responsabilizo de que el procesado comparezca a todas las diligencias procesales, y que cumpla también con todas las condiciones de libertad caucional que le haya prescrito el juez. Si el procesado incumpliere con las condiciones de libertad caucional o no se presentare a las diligencias procesales, entiendo que tendré que pagar el monto de la fianza; Además, el ministerio público podrá tomar posesión de la cantidad prendaria que haya depositado para cubrir el monto de la fianza y entiendo también que existe la posibilidad de que se radique un fallo en mi contra. Si se radica un fallo en mi contra, el gravámen por la cantidad total del monto de la fianza se asentará en el registro civil de todos los condados pertinentes.

Declaro bajo pena de perjurio que toda la información que contiene esta fianza, al igual que sus anexos es información verdadera, correcta y completa. (Las penas por declaraciones falsas son las siguientes: Una multa de $250,000, o cinco años de encarcelamiento o ambos castigos, (18 USC § 1001.)

Firma del fiador: _____    Fecha: _____

Favor de escribir en letra de molde el nombre y domicilio del testigo que comprueba la firma del fiador:

**Antonio Guerrero - 1635 Chelsea Road, San Marino,**_____

**CA 91108**_____

Firma del testigo que presencia este acto: _____

AUSA _____ (iniciales)                    ABOGADO DEFENSOR _____ (iniciales)
Agente de Ministerio Público Federal

**Página 3 de 3 del anexo de fiador.**

K:\COMMON\CSA\forms\2005\Sp_surety_adden.wpd

# ACKNOWLEDGMENT

State of California
County of _____Los Angeles_____)

On _March 05, 2008_____ before me, __Antonio Guerrero, Notary Public_____
(insert name and title of the officer)

personally appeared ___Genaro Alvarado_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

ANTONIO GUERRERO
Commission # 1790153
Notary Public - California
Los Angeles County
My Comm. Expires Jan 31, 2012



**DMV CALIFORNIA DMV**

DRIVER LICENSE                    CLASS:C

EXPIRES 12-02-10     A3214617

GENARO ALVARADO
1447 W 23RD ST
LOS ANGELES, CA 90007

SEX:M      HAIR:BLK      EYES:BRN
HT:5-05    WT:190        DOB: 12-02-66

GENARO ALVARADO

10/18/2005 502 K9  FD/10



**PERMANENT RESIDENT CARD**

NAME ALVARADO ORTEGA, GENARO



INS A# 092-946-925

Birthdate   Category   Sex
12/02/66      S26        M

Country of Birth
Mexico

CARD EXPIRES 09/27/11
Resident Since 12/01/90

C1USA0929469255WAC0124051586<<
6612027M1109276MEX<<<<<<<<<<<5
ALVARADO<ORTEGA<<GENARO<<<<<<<

CASE NAME: United States v **Fortino Ortega-Alvarado**    CASE NO.    **08-MJ-616**

## BAIL INFORMATION SHEET

Defendant Information:

Name: **Fortino Ortega-Alvarado**

Date of Birth: **08/12/1967**    S.S.#: **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**

Immigration status: **Permanent Resident**    "A" Number: **092-715-244**

Home address: *5320 toper court Bakersfield CA 93307*

Home phone: _____

Employer's name: **Keller Meyer Building Services**    *& BFS - Self-employed*

Employer's address: **1575 Henthorne Drive, Maumee, OH 43537**

Length of employment: **6years**    Work phone: **800-537-1375**

Name(s), address(es), and phone number(s) of person(s) with whom defendant will live during pendency of case. *Elvia Alvarado 5320 toper court Bakersfield*
*CA 93307 (661)396-8764*

Name(s) address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant; aside from sureties on this bond. **Elvia Alvarado - 661-858-4263 -**

**5320 Tupper Court, Bakersfield, CA 93307**

Defense Attorney Information:
*William Burgener*

Name: ~~Oliver P. Cleary~~    Address: ~~105 W. F Street, Fourth Floor,~~    *1775 Hancock St #285*

**San Diego, CA 92110**    Phone: **619-291-8565**

AUSA_____(initials)

# Form W-2

Keep for your records

| Name | Social Security Number |
|---|---|
| GENARO ALVARADO | 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 |

☐ Employer has foreign address    ☐ Military wages

☐ Nonstandard W-2    ☐ More than 2% S corp shareholder

☐ Church employee wage    ☐ Disability

☐ Clergy member

Enter deductible amounts for Schedule A, not included in Box 14:

Union Dues:    Charity:    Health Insurance:

| **a** Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| **b** Employer identification number (EIN) 37-1467071 | | | **1** Wages, tips, other compensation 3,483. | **2** Federal income tax withheld 0. |
| **c** Employer's name, address, and ZIP code | | | **3** Social security wages 3,483. | **4** Social security tax withheld  RR Tier II 216. |
| MAINSTAY BUSINESS SOLUTIONS 9309 COMPTON AVE | | | **5** Medicare wages and tips 3,483. | **6** Medicare tax withheld 51. |
| Roseville        CA    95661 | | | **7** Social security tips | **8** Allocated tips    NO Tips to 4137 |
| **d** Employee's social security number 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 | | | **9** Advance EIC payment | **10** Dependent care benefits |
| **e** Employee's first name and initial        Last name | | | **11** Nonqualified plans | **C** 12a See instructions for box 12 |
| ALVARADO ORTEGA GENARO 16200 ARROW BLVD APT 149 FONTANA        CA  92335 | | | **13** Statutory employee ☐  Report to Sch C ☐  Retirement plan ☐  Third-party sick pay ☐ | **C** 12b |
| | | | **14** Other | **C** 12c |
| **f**  Employee's address and ZIP code | | | | **C** 12d |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | Locality code | City code |
|---|---|---|---|---|---|---|---|---|
| CA | 93506160 | 3,483. | | 3,483. | 28. | | | |

Form **W-2**  Wage and Tax Statement

**2006**

Department of the Treasury—Internal Revenue Service

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee in Instructions.)

## Form W-2

Keep for your records

| Name | Social Security Number |
|---|---|
| GENARO ALVARADO | 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 |

☐ Employer has foreign address    ☐ Military wages

☐ Nonstandard W-2    ☐ More than 2% S corp shareholder

☐ Church employee wage    ☐ Disability

☐ Clergy member

Enter deductible amounts for Schedule A, not included in Box 14:

Union Dues:                    Charity:                    Health Insurance:

| a  Control number | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|
| b  Employer identification number (EIN)  33-0989239 | 1  Wages, tips, other compensation  7,215. | 2  Federal income tax withheld | |
| c  Employer's name, address, and ZIP code  NOBLE EAGLE, INC  DBA USA PERSONNEL  1035 S MILLIKEN SUITE A  Ontario          CA  91761 | 3  Social security wages  7,215. | 4  Social security tax withheld  RR Tier II  447. |
| | 5  Medicare wages and tips  7,215. | 6  Medicare tax withheld  105. |
| | 7  Social security tips | 8  Allocated tips  NO Tips to 4137 |
| d  Employee's social security number  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 | 9  Advance EIC payment | 10  Dependent care benefits |
| e  Employee's first name and initial      Last name  GENARO ALVARADO ORTEGA  16200 ARROW BLVD APT 149  FONTANA          CA  92335 | 11  Nonqualified plans | C 12a  See instructions for box 12 |
| | 13  Statutory employee / Report to Sch C / Retirement plan / Third-party sick pay | C 12b |
| | 14  Other | C 12c |
| f  Employee's address and ZIP code | | C 12d |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | Locality code | City code |
|---|---|---|---|---|---|---|---|---|
| CA | 40668139 | 7,215. | | 7,215. | 58. | | | |

Form **W-2**  **Wage and Tax Statement**    **2006**    Department of the Treasury—Internal Revenue Service

**Copy C For EMPLOYEE'S RECORDS (See Notice to Employee in Instructions.)**

Form **1040A**

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return (99)    2006

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

### Label

Use the IRS label.

Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial | Last name |
| GENARO | ALVARADO |
| Your social security number | 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 |

If a joint return, spouse's first name and initial — Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. — Apt. no.
16200 ARROW BLVD — 149

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.
Fontana, CA 92335

**You must enter your SSN(s) above.** ▲ ▲

Checking a box below will not change your tax or refund.

### Presidential Election Campaign ▶

Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . . . . . . . . . ▶  [X] You    [ ] Spouse

### Filing status

Check only one box.

1 [ ] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [X] **Head of household** (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child

### Exemptions

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.

b [ ] **Spouse**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| ERNESTO A    FONTES | 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 | Child | X |
| SHEYLA M    FONTES | 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 | Child | X |
| | | | |
| | | | |
| | | | |
| | | | |

**Boxes checked on 6a and 6b** — 1

**No. of children on 6c who:**
• lived with you — 2
• did not live with you due to divorce or separation —
Dependents on 6c not entered above —

d Total number of exemptions claimed.

Add numbers on lines above ▶ [ 3 ]

### Income

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 10,698. |
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a. | 8b | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends. | 9b | |
| 10 | Capital gain distributions. | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount | 11b |
| 12a | Pensions and annuities. 12a | 12b Taxable amount | 12b |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends, and jury duty fees. | 13 | |
| 14a | Social security benefits. 14a | 14b Taxable amount | 14b |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 10,698. |

### Adjusted gross income

| | | | |
|---|---|---|---|
| 16 | Penalty on early withdrawal of savings (see instructions). | 16 | |
| 17 | IRA deduction. | 17 | |
| 18 | Student loan interest deduction. | 18 | |
| 19 | Jury duty pay you gave your employer. | 19 | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | 10,698. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**

Form **1040A** (2006)

Form 1040A (2006) GENARO ALVARADO                                    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 Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 Enter the amount from line 21 (adjusted gross income). | 22 | 10,698. |

23a Check if: { ☐ You were born before Jan 2, 1942, ☐ Blind / ☐ Spouse was born before Jan 2, 1942, ☐ Blind } Total boxes checked ▶ 23a ☐

b If you are married filing separately and your spouse itemizes deductions, see instructions and check here ▶ 23b ☐

**Standard Deduction for—**

● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see instructions.

● All others:

Single or Married filing separately, $5,150

Married filing jointly or Qualifying widow(er), $10,300

Head of household, $7,550

| | | | |
|---|---|---|---|
| 24 | Enter your **standard deduction** (see left margin) | 24 | 7,550. |
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 3,148. |
| 26 | If line 22 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d. | 26 | 9,900. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ▶ | 27 | 0. |
| 28 | **Tax,** including any alternative minimum tax | 28 | |

| | | | |
|---|---|---|---|
| 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| 30 | Credit for the elderly or the disabled.   Attach Schedule 3. | 30 | |
| 31 | Education credits. Attach Form 8863. | 31 | |
| 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| 33 | Child tax credit. Attach Form 8901 if required. | 33 | |

| | | | |
|---|---|---|---|
| 34 | Add lines 29 through 33. These are your **total credits.** | 34 | |
| 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | 35 | 0. |
| 36 | Advance earned income credit payments from Form(s) W-2, box 9. | 36 | |
| 37 | Add lines 35 and 36. This is your **total tax.** ▶ | 37 | |

| | | | |
|---|---|---|---|
| 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | |
| 39 | 2006 estimated tax payments and amount applied from 2005 return. | 39 | |

**If you have a qualifying child, attach Schedule EIC.**

| | | | |
|---|---|---|---|
| 40a | **Earned income credit (EIC).** | 40a | 4,270. |
| b | Nontaxable combat pay election. 40b | | |
| 41 | Additional child tax credit. Attach Form 8812. | 41 | |
| 42 | Credit for federal telephone excise tax paid. Attach Form 8913 if required. | 42 | 50. |
| 43 | Add lines 38, 39, 40a, 41, and 42. These are your **total payments.** ▶ | 43 | 4,320. |

| | | | |
|---|---|---|---|
| **Refund** | 44 If line 43 is more than line 37, subtract line 37 from line 43. This is the amount you **overpaid.** | 44 | 4,320. |
| | 45a Amount of line 44 you want **refunded to you.** If Form 8888 is attached, check here▶ ☐ | 45a | 4,320. |

**Direct deposit?** See instructions and fill in 45b, 45c, and 45d or Form 8888.

▶ b Routing number XXXXXXXXX   ▶ c Type: ☐ Checking ☐ Savings

▶ d Account number XXXXXXXXXXXXXXXXX

| | | | |
|---|---|---|---|
| | 46 Amount of line 44 you want **applied to your 2007 estimated tax.** | 46 | |

| | | | |
|---|---|---|---|
| **Amount you owe** | 47 **Amount you owe.** Subtract line 43 from line 37. For details on how to pay, see instructions. ▶ | 47 | |
| | 48 Estimated tax penalty. | 48 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ Preparer   Phone no. ▶   Personal identification number (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 2/17/2007 | Your occupation LABOR | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid preparer's use only**

| Preparer's signature ▶ | Date 2/17/2007 | Check if self-employed ☒ | Preparer's SSN or PTIN P00404828 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Soltax 2520 W James M Wood Blvd Los Angeles, CA 90006 | | EIN Phone no. (213) 385-6434 |

JTA                               FD151 10/06/06                     Form 1040A (2006)

Form **8812**

Department of the Treasury
Internal Revenue Service (99)

# Additional Child Tax Credit

*Complete and attach to Form 1040, Form 1040A, or Form 1040NR*

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **47**

Name(s) shown on return

GENARO ALVARADO

Your social security number

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

## Part I    All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 42 of the Form 1040 instructions, page 39 of the Form 1040A instructions, or page 20 of the Form 1040NR instructions. If you used Pub. 972 enter the amount from line 8 of the worksheet on page 4 of the publication . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 2,000. |
| 2 | Enter the amount from Form 1040, line 53, Form 1040A, line 33, or Form 1040NR, line 48 . . . . . . . . . . . . . . | **2** | 0. |
| 3 | Subtract line 2 from line 1. If zero, **stop;** you cannot take this credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 2,000. |

**4a** Enter your total earned income (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . **4a** 10,698.

**b** Nontaxable combat pay . . . . . . . . . . . . . . . . . . . . **4b**

**5** Is the amount on line 4a more than $11,300?

[X] **No.** Leave line 5 blank and enter -0- on line 6.

[ ] **Yes.** Subtract $11,300 from the amount on line 4a. Enter the result . . . . . **5**

**6** Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

**Next.** Do you have three or more qualifying children?

[X] **No.** If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.

[ ] **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

## Part II    Certain Filers Who Have Three or More Qualifying Children

**7** Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

**8** **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 59, plus any uncollected social security and Medicare or tier 1 RRTA taxes included on line 63.

**1040A filers:** Enter -0-.

**1040NR filers:** Enter the total of the amounts from the Form 1040NR, line 54, plus any uncollected Social security and Medicare or tier 1 RRTA taxes included on line 58.

**8** 0.

**9** Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

**10** **1040 filers:** Enter the total of the amounts from Form 1040, lines 66a and 67.

**1040A filers:** Enter the total of the amount from Form 1040A, line 40a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 43 (see the instructions).

**1040NR filers:** Enter the amount from Form 1040NR, line 61.

**10**

**11** Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

**12** Enter the **larger** of line 6 or line 11 here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12**

**13** **Next,** enter the **smaller** of line 3 or line 12 on line 13.

## Part III    Your Additional Child Tax Credit

This is your additional child tax credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13** 0.

*Enter this amount on Form 1040, line 68, Form 1040A, line 41 or Form 1040NR, line 62*

**For Paperwork Reduction Act Notice, see instructions.**

Form **8812** (2006)

JTA

FD395  09/11/06

For Privacy Notice, get form FTB 1131.

CA100 01/19/07

# California Resident Income Tax Return

**2006**

**540** C1 Side 1

APE

| | P |
|---|---|
| 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  ALVA          06 | AC |
| GENARO       ALVARADO | A |
| | R |
| | RP |

16200 ARROW BLVD          APT   149
FONTANA         CA  92335

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 4 | 37 | 0 | 58 | 0 | APE | 0 |
| 06 | 0 | 38 | 0 | 59 | 0 | 3800 | 0 |
| 09 | 0 | 39 | 0 | 60 | 0 | 3803 | 0 |
| 10 | 2 | 40 | 0 | 61 | 0 | SCHG1 | 0 |
| 12 | 10698 | 41 | 0 | 62 | 0 | 5870A | 0 |
| 14 | 0 | 42 | 0 | 63 | 0 | 5805 5805F | 0 |
| 16 | 0 | 43 | 0 | 64 | 0 | TPIDPP00404828 | |
| 17 | 10698 | 45 | 0 | 65 | 0 | FN | |
| 18 | 6820 | 46 | 0 | 67 | 0 | | |
| 20 | 39 | 47 | 0 | 69 | 0 | | |
| 23 | 0 | 48 | 0 | 70 | 0 | | |
| 25 | 0 | 49 | 0 | 71 | 0 | | |
| 26 | 0 | 50 | 0 | | | | |
| 27 | 0 | 51 | 0 | | | | |
| 28 | 0 | 52 | 0 | | | | |
| 31 | 0 | 53 | 0 | | | | |
| 32 | 0 | 54 | 0 | | | | |
| 33 | 0 | 55 | 0 | | | | |
| 34 | 0 | 56 | 0 | | | | |
| 36 | 0 | 57 | 0 | | | | |

**Filing Status**

| 1 | Single | 4 | X | Head of household (with qualifying person).  See instructions. |
|---|---|---|---|---|
| 2 | Married filing jointly | 5 | | Qualifying widow(er) with dependent child. Enter year spouse died. |
| 3 | Married filing separately. Enter spouse's SSN or ITIN above and full name here | | | |

6  If someone can claim you (or your spouse) as a dependent on their tax return, check the box here . . . . . . . . . . . . . . . . . . . . . ● **6**

**Exemptions**

7  **Personal:** If you checked 1, 3, or 4 above, enter 1 in the box. If you checked 2 or 5, enter 2 in the box.

If you checked the box on line 6, do not enter amount on line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | 1 | X $91 = $ | 91

8  **Blind:** If you (or your spouse) are visually impaired, enter 1; if both, enter 2 . . . . . . . . . . . . . . . . . . . . . . . . **8** | | X $91 = $

9  **Senior:** If you (or your spouse) are 65 or older, enter 1; if both, enter 2 . . . . . . . . . . . . . . . . . . . . . . . . . ● **9** | | X $91 = $

10  **Dependents:** Enter name and relationship.  **Do not include yourself or your spouse.** _____

ERNESTO A FONTE SHEYLA M FONTES  Total dependent exemptions . . . . . . . . ● **10** | 2 | X $285 = $ | 570

11  **Exemption amount:**  Add line 7 through line 10. Transfer this amount to line 21 . . . . . . . . . . . . . . . **11** | $ | 661

**Taxable Income**

12  State wages from your Form(s) W-2, box 16, or CA Sch W-2 CG, line C . . . . . ● **12** | 10,698

13  Enter federal AGI from Form 1040, line 37; Form 1040A, line 21; Form 1040EZ, line 4 . . . . . . . . . . . . . . **13** | 10,698

14  California adjustments – subtractions. Enter the amount from Sch CA (540), line 37, column B . . . . . . . . ● **14**

15  Subtract line 14 from line 13. If less than zero, enter the result in parentheses . . . . . . . . . . . . . . . . . . . . **15** | 10,698

16  California adjustments – additions. Enter the amount from Sch CA (540), line 37, column C . . . . . . . . . . ● **16**

17  California adjusted gross income. Combine line 15 and line 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **17** | 10,698

18  Enter the larger of your CA **standard deduction** OR your CA **itemized deductions** . . . . . . . . . . . . . . . ● **18** | 6,820

19  Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- . . . . . . . . . . . . . . . **19** | 3,878

**Tax**

20  Tax. Check box if from: | X | Tax Table | | Tax Rate Schedule | | FTB 3800 or | | FTB 3803 . ● **20** | 39

21  Exemption credits. Enter the amount from line 11. If your federal AGI is more than $150,743 . . . . . . . . . **21** | 661

22  Subtract line 21 from line 20. If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **22** | 0

23  Tax. Check box if from: | | Schedule G-1 | | Form FTB 5870A . . . . . . . . . . . . . . ● **23**

24  Add line 22 and line 23. Continue to Side 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**

Your name: GENARO ALVARADO                                    Your SSN or ITIN: 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

Amount from Side 1, line 24 .......................................................

**Special Credits**

| | | | | |
|---|---|---|---|---|
| 25 | Credit _____ Code ___ amount ▶ 25 | | | |
| 26 | Credit _____ Code ___ amount ▶ 26 | | | |
| 27 | To claim more than two credits (see instructions) .................. ● 27 | | | |
| 28 | Nonrefundable renter's credit .................................. ● 28 | | | |
| 29 | Add line 25 through line 28. These are your total credits ........................... 29 | | | |
| 30 | Subtract line 29 from line 24. If less than zero, enter 0 ........................... 30 | | | 0 |

**Other Taxes**

| | |
|---|---|
| 31 | Alternative minimum tax. Attach Schedule P (540) ................ ● 31 |
| 32 | Mental Health Services Tax ................................. ● 32 |
| 33 | Other taxes and credit recapture .............................. ● 33 |
| 34 | Add line 30, line 31, line 32 and line 33. This is your total tax ...................... ● 34 |

**Payments**

| | |
|---|---|
| 36 | California income tax withheld ............................. ■ 36 |
| 37 | 2006 CA estimated tax and other payments .................... ■ 37 |
| 38 | Real estate withholding. (Form(s) 592-B, 593-B, and 594) .......... ■ 38 |
| 39 | Excess SDI ............................................ ■ 39 |

**Child and Dependent Care Expenses Credit.** Attach form FTB 3506.

| ●40 | ●41 | ▨ 42 | ■ 43 |
|---|---|---|---|

44  Add line 36, line 37, line 38, line 39, and line 43. These are your total payments .................... 44

**Overpaid Tax/ Tax Due**

| | |
|---|---|
| 45 | Overpaid tax. If line 44 is more than line 34, subtract line 34 from line 44 .......... 45 |
| 46 | Amount of line 45 applied to 2007 estimated tax ............................ ■ 46 |
| 47 | Overpaid tax available this year. Subtract line 46 from line 45 ................... ■ 47 |
| 48 | Tax due. If line 44 is less than line 34, subtract line 44 from line 34 .............. 48 |

**Use Tax**

49  Use Tax. This is not a total line ............................ ● 49

**Contributions**

| | | | | |
|---|---|---|---|---|
| CA Seniors Special Fund ............. ● 50 | | Emergency Food Assistance Program Fund ... ● 57 | | |
| Alzheimer's Disease/Related Disorders Fund .... ● 51 | | CA Peace Officer Memorial Foundation Fund .... ● 58 | | |
| CA Fund for Senior Citizens ........... ● 52 | | CA Military Family Relief Fund ......... ● 59 | | |
| Rare and Endangered Species Preservation Program ● 53 | | Veterans' Quality of Life Fund .......... ● 60 | | |
| State Children's Trust Fund for the | | CA Sexual Violence Victim Services Fund ...... ● 61 | | |
| Prevention of Child Abuse ........... ● 54 | | CA Colorectal Cancer Prevention Fund ....... ● 62 | | |
| CA Breast Cancer Research Fund ........ ● 55 | | CA Sea Otter Fund ................... ● 63 | | |
| CA Firefighters' Memorial Fund .......... ● 56 | | | | |

64  Add line 50 through line 63. These are your total contributions ............................. ● 64

**Amount You Owe**

65  AMOUNT YOU OWE. Add line 48, line 49, and line 64. Mail to:
   FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009 ............. ■ 65

**Interest and Penalties**

| | |
|---|---|
| 66 | Interest, late return penalties, and late payment penalties ............................. 66 |
| 67 | Underpayment of estimated tax. Check box: ☐ FTB 5805 attached  ☐ FTB 5805F attached ............... ■ 67 |
| 68 | Total amount due. Enclose, but do not staple, any payment ............................. 68 |

**Refund and Direct Deposit**

69  REFUND OR NO AMOUNT DUE.   Subtract line 49 and line 64 from line 47. Mail to:
   FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009 ............. ■ 69

Have your refund directly deposited to one of two separate accounts. Do not attach a voided check or a deposit slip

All or portion of total refund (line 69) you want to direct deposit:

☐ Checking
☐ Savings

● Routing number      ● Type      ● Account number          ■ 70  Amount you want to direct deposit

Remaining portion of total refund (line 69) you want to direct deposit:

☐ Checking
☐ Savings

● Routing number      ● Type      ● Account number          ■ 71  Amount you want to direct deposit

**Sign Here**

IMPORTANT: See the instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Your signature                              Spouse's signature (if filing jointly, both must sign)

It is unlawful to forge a spouse's signature.

Daytime phone number (optional)                       Date

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)          ● Paid Preparer's SSN/PTIN
                                                                                                          P00404828

Joint return? (See instructions)   Firm's name (or yours if self-employed)   Firm's address  2520 W James M Wood Blvd   ● FEIN
MARISOL                                                                      Los Angeles, CA 90006                      -

# 2006 W-2 and EARNINGS SUMMARY

**ADP**

Safe, accurate,  **e-file** Visit the IRS Web Site
FAST! Use  **IRS** at www.irs.gov/efile

## Employee Reference Copy

**W-2** Wage and Tax Statement **2006**
OMB No. 1545-0008

Copy C for employee's records

| Control number 010808 48/KQV | Dept. 810 | Corp. A | Employer use only 143 |
|---|---|---|---|

**a** Employer's name, address, and ZIP code

HERBERT MALARKEY ROOFING
COMPA
3131 N COLUMBIA BLVD
PORTLAND OR 97217

Batch #00866

**a/** Employee's name, address, and ZIP code

ROLANDO RAMIREZ
1326 E. 23RD STREET
LOS ANGELES, CA 90011

| b Employer's FED ID number 93-0508973 | d Employee's SSA number 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 |
|---|---|
| 1 Wages, tips, other comp. 49679.75 | 2 Federal income tax withheld 4186.39 |
| 3 Social security wages 55310.85 | 4 Social security tax withheld 3429.27 |
| 5 Medicare wages and tips 55310.85 | 6 Medicare tax withheld 802.01 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 5631.10 |
| 14 Other 442.49 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |
| 15 State CA Employer's state ID no. 394-3509 4 | 16 State wages, tips, etc. 49679.75 |
| 17 State income tax 808.40 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 57098.81 | Social Security Tax Withheld Box 4 of W-2 | 3429.27 | CA State Income Tax Box 17 of W-2 | 808.40 |
| | | | | SUI/SDI Box 14 of W-2 | 442.49 |
| Fed. Income Tax Withheld Box 2 of W-2 | 4186.39 | Medicare Tax Withheld Box 6 of W-2 | 802.01 | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 57,098.81 | 57,098.81 | 57,098.81 | 57,098.81 |
| Less 401(k) (D-Box 12) | 5,631.10 | N/A | N/A | 5,631.10 |
| Less Other Cafe 125 | 1,787.96 | 1,787.96 | 1,787.96 | 1,787.96 |
| Reported W-2 Wages | 49,679.75 | 55,310.85 | 55,310.85 | 49,679.75 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dep

ROLANDO RAMIREZ
1326 E. 23RD STREET
LOS ANGELES, CA 90011

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 2
STATE: 2

© 2006 AUTOMATIC DATA PROCESSING, INC.

← Fold and Detach Here →

Form **1040A**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** (99)    **2006**    IRS Use Only—Do not write or staple in this space

OMB No. 1545-0074

## Label

**Use the IRS label.**

Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Rolando | Ramirez | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| Maria C | Ramirez | 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 |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

1326 E 23rd Street

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.

Los Angeles, CA 90011

**You must enter your ▲ SSN(s) above. ▲**

Checking a box below will not change your tax or refund.

## Presidential

**Election Campaign ►** Check here if you, or your spouse if filing jointly, want $3 to go to this fund ............ ►  ☐ You   ☐ Spouse

## Filing status

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.

b ☒ **Spouse**

**Boxes checked on 6a and 6b**  **2**

c **Dependents:**

If more than six dependents, see instructions.

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| Yasmin M    Ramirez | 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 | Daughter | ☒ |
| Gina S    Ramirez | 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 | Daughter | |
| | | | |
| | | | |
| | | | |
| | | | |

**No. of children on 6c who:**
- **lived with you**  **2**
- **did not live with you due to divorce or separation**

**Dependents on 6c not entered above**

**Add numbers on lines above ►**  **4**

d Total number of exemptions claimed.

## Income

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 49,680. |
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | 323. |
| b | Tax-exempt interest. Do not include on line 8a. | 8b | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends. | 9b | |
| 10 | Capital gain distributions. | 10 | |
| 11a | IRA distributions.    11a | 11b Taxable amount    11b | |
| 12a | Pensions and annuities.    12a | 12b Taxable amount    12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends, and jury duty fees. | 13 | |
| 14a | Social security benefits.    14a | 14b Taxable amount    14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ► | 15 | 50,003. |

## Adjusted gross income

| | | | |
|---|---|---|---|
| 16 | Penalty on early withdrawal of savings (see instructions). | 16 | |
| 17 | IRA deduction. | 17 | |
| 18 | Student loan interest deduction. | 18 | |
| 19 | Jury duty pay you gave your employer. | 19 | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ► | 21 | 50,003. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    Form **1040A** (2006)

JTA    FD150 10/06/06

Form 1040A (2006) Rolando & Maria C Ramirez                                    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 Page 2

| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | | 22 | 50,003. |
|---|---|---|---|---|---|

| 23a | Check if: | ☐ You were born before Jan 2, 1942, ☐ Spouse was born before Jan 2, 1942, | ☐ Blind ☐ Blind | Total boxes checked ▶ | 23a ☐ |
|---|---|---|---|---|---|

b If you are married filing separately and your spouse itemizes deductions,
see instructions and check here ▶ 23b ☐

**Standard Deduction for—**

● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see instructions.

● All others:

Single or Married filing separately, $5,150

Married filing jointly or Qualifying widow(er), $10,300

Head of household, $7,550

| 24 | Enter your standard deduction (see left margin) | | 24 | 10,300. |
|---|---|---|---|---|
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | 25 | 39,703. |
| 26 | If line 22 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d. | | 26 | 13,200. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. | ▶ | 27 | 26,503. |
| 28 | **Tax**, including any alternative minimum tax | | 28 | 3,224. |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | | |
| 30 | Credit for the elderly or the disabled.  Attach Schedule 3. | 30 | | |
| 31 | Education credits. Attach Form 8863. | 31 | | |
| 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | | |
| 33 | Child tax credit. Attach Form 8901 if required. | 33 | 1,000. | |
| 34 | Add lines 29 through 33. These are your **total credits**. | | 34 | 1,000. |
| 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | | 35 | 2,224. |
| 36 | Advance earned income credit payments from Form(s) W-2, box 9. | | 36 | |
| 37 | Add lines 35 and 36. This is your **total tax**. | ▶ | 37 | 2,224. |
| 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | 4,186. | |
| 39 | 2006 estimated tax payments and amount applied from 2005 return. | 39 | | |
| 40a | Earned income credit (EIC). | 40a | | |
| b | Nontaxable combat pay election. | 40b | | |
| 41 | Additional child tax credit. Attach Form 8812. | 41 | | |
| 42 | Credit for federal telephone excise tax paid. Attach Form 8913 if required. | 42 | | |
| 43 | Add lines 38, 39, 40a, 41, and 42. These are your **total payments**. | ▶ | 43 | 4,186. |

If you have a qualifying child, attach Schedule EIC.

| **Refund** | 44 | If line 43 is more than line 37, subtract line 37 from line 43. This is the amount you **overpaid**. | | 44 | 1,962. |
|---|---|---|---|---|---|
| | 45a | Amount of line 44 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | 45a | 1,962. |

**Direct deposit?** See instructions and fill in 45b, 45c, and 45d or Form 8888.

▶ b Routing number  1 2 2 3 1 3 0 4    ▶ c Type: ☒ Checking  ☐ Savings

▶ d Account number  9 8 1 9 2 6 1 8 1 2 3 7 6 4

| | 46 | Amount of line 44 you want applied to your 2007 estimated tax. | 46 | | |
|---|---|---|---|---|---|

| **Amount you owe** | 47 | Amount you owe. Subtract line 43 from line 37. For details on how to pay, see instructions. | ▶ | 47 | |
|---|---|---|---|---|---|
| | 48 | Estimated tax penalty. | 48 | | |

| **Third party designee** | Do you want to allow another person to discuss this return with the IRS? | ☐ **Yes.** Complete the following. ☒ **No** |
|---|---|---|

Designee's name ▶              Phone no. ▶              Personal identification number (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 2/10/2007 | Your occupation Labor | Daytime phone number (323) 846-8259 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation Home Maker | |

| **Paid preparer's use only** | Preparer's signature ▶ *Setena Corona* | Date 2/10/2007 | Check if self-employed ☒ | Preparer's SSN or PTIN P00601479 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Coronado Enterprise 1320 E 23rd Street Los Angeles, CA 90011 | EIN 20-0732914 Phone no. (323) 707-8538 |

JTA                                        FD151 10/06/06                              Form 1040A (2006)

For Privacy Notice, get form FTB 1131.

**California Resident Income Tax Return** **2006**

CA100 01/19/07

**540** C1 Side 1

APE

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  RAMI  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  06
ROLANDO    RAMIREZ
MARIA    C RAMIREZ

1326 E 23RD STREET
LOS ANGELES    CA  90011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 2 | 37 | 0 | 58 | 0 | APE | 0 |
| 06 | 0 | 38 | 0 | 59 | 0 | 3800 | 0 |
| 09 | 0 | 39 | 0 | 60 | 0 | 3803 | 0 |
| 10 | 2 | 40 | 0 | 61 | 0 | SCHG1 | 0 |
| 12 | 49680 | 41 | 0 | 62 | 0 | 5870A | 0 |
| 14 | 0 | 42 | 0 | 63 | 0 | 5805 5805F | 0 |
| 16 | 0 | 43 | 0 | 64 | 0 | TPIDPP00601479 | |
| 17 | 50003 | 45 | 592 | 65 | 0 | FN  200732914 | |
| 18 | 6820 | 46 | 0 | 67 | 0 | | |
| 20 | 968 | 47 | 592 | 69 | 592 | | |
| 23 | 0 | 48 | 0 | 70 | 592 | | |
| 25 | 0 | 49 | 0 | 71 | 0 | | |
| 26 | 0 | 50 | 0 | | | | |
| 27 | 0 | 51 | 0 | | | | |
| 28 | 0 | 52 | 0 | | | | 12231304 |
| 31 | 0 | 53 | 0 | | | | 98192618123764 |
| 32 | 0 | 54 | 0 | | | | 1 |
| 33 | 0 | 55 | 0 | | | | |
| 34 | 216 | 56 | 0 | | | | |
| 36 | 808 | 57 | 0 | | | | |

**Filing Status**

1. Single
2. [X] Married filing jointly
3. Married filing separately. Enter spouse's SSN or ITIN above and full name here
4. Head of household (with qualifying person). See instructions.
5. Qualifying widow(er) with dependent child. Enter year spouse died.

6. If someone can claim you (or your spouse) as a dependent on their tax return, check the box here ....................... ● 6

**Exemptions**

7. **Personal:** If you checked 1, 3, or 4 above, enter 1 in the box. If you checked 2 or 5, enter 2 in the box.
   If you checked the box on line 6, do not enter amount on line 7 ................................. 7 [2] X $91 = $ **182**
8. **Blind:** If you (or your spouse) are visually impaired, enter 1; if both, enter 2 ...................... 8 [ ] X $91 = $
9. **Senior:** If you (or your spouse) are 65 or older, enter 1; if both, enter 2 ...................... ● 9 [ ] X $91 = $
10. **Dependents:** Enter name and relationship. **Do not include yourself or your spouse.**
    Yasmin M Ramire  Gina S Ramirez,  Total dependent exemptions ........ ● 10 [2] X $285 = $ **570**
11. **Exemption amount:** Add line 7 through line 10. Transfer this amount to line 21 ........ 11 $ **752**

**Taxable Income**

12. State wages from your Form(s) W-2, box 16, or CA Sch W-2 CG, line C ..... ● 12 **49,680**
13. Enter federal AGI from Form 1040, line 37; Form 1040A, line 21; Form 1040EZ, line 4 ........ 13 **50,003**
14. California adjustments – subtractions. Enter the amount from Sch CA (540), line 37, column B ........ ● 14
15. Subtract line 14 from line 13. If less than zero, enter the result in parentheses ........ 15 **50,003**
16. California adjustments – additions. Enter the amount from Sch CA (540), line 37, column C ........ ● 16
17. California adjusted gross income. Combine line 15 and line 16 ........ ● 17 **50,003**
18. Enter the larger of your CA **standard deduction** OR your CA **itemized deductions** ........ ● 18 **6,820**
19. Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- ........ 19 **43,183**

**Tax**

20. Tax. Check box if from: [X] Tax Table [ ] Tax Rate Schedule [ ] FTB 3800 or [ ] FTB 3803 . ● 20 **968**
21. Exemption credits. Enter the amount from line 11. If your federal AGI is more than $150,743 ........ 21 **752**
22. Subtract line 21 from line 20. If less than zero, enter -0- ........ 22 **216**
23. Tax. Check box if from: [ ] Schedule G-1 [ ] Form FTB 5870A ........ ● 23
24. Add line 22 and line 23. Continue to Side 2 ........ 24 **216**

Your name: ROLANDO & MARIA C RAMIREZ                Your SSN or ITIN: 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

| | | | | |
|---|---|---|---|---|
| | Amount from Side 1, line 24 . . . . . . . . . . . . . . . . . . . . . . . | | | 216 |

**Special Credits**

| | | | | |
|---|---|---|---|---|
| 25 | Credit _____ | Code ____ amount ▶ 25 | | |
| 26 | Credit _____ | Code ____ amount ▶ 26 | | |
| 27 | To claim more than two credits (see instructions) . . . . . . . . . . ● 27 | | | |
| 28 | Nonrefundable renter's credit . . . . . . . . . . . . . . . . ● 28 | | | |
| 29 | Add line 25 through line 28. These are your total credits | | 29 | |
| 30 | Subtract line 29 from line 24. If less than zero, enter 0 . . . . . . . . . | | 30 | 216 |

**Other Taxes**

| | | | |
|---|---|---|---|
| 31 | Alternative minimum tax. Attach Schedule P (540) . . . . . . . . . . ● 31 | | |
| 32 | Mental Health Services Tax . . . . . . . . . . . . . . . ● 32 | | |
| 33 | Other taxes and credit recapture . . . . . . . . . . . . . . . ● 33 | | |
| 34 | Add line 30, line 31, line 32 and line 33. This is your total tax . . . . . . ● 34 | | 216 |

**Payments**

| | | | |
|---|---|---|---|
| 36 | California income tax withheld . . . . . . . . . . . . . . . ■ 36 | 808 | |
| 37 | 2006 CA estimated tax and other payments . . . . . . . . . . . . . ■ 37 | | |
| 38 | Real estate withholding. (Form(s) 592-B, 593-B, and 594) . . . . . . . . ■ 38 | | |
| 39 | Excess SDI . . . . . . . . . . . . . . . . . . . . ■ 39 | | |

**Child and Dependent Care Expenses Credit. Attach form FTB 3506.**

| | | | |
|---|---|---|---|
| ●40 | ■41 | ■ 43 | |
| 44 | Add line 36, line 37, line 38, line 39, and line 43. These are your total payments . . . . . . . . . . . | 44 | 808 |

**Overpaid Tax/Tax Due**

| | | | |
|---|---|---|---|
| 45 | Overpaid tax. If line 44 is more than line 34, subtract line 34 from line 44 . . . . . . . . . . | 45 | 592 |
| 46 | Amount of line 45 applied to 2007 estimated tax . . . . . . . . . . . . ■ 46 | | |
| 47 | Overpaid tax available this year. Subtract line 46 from line 45 . . . . . . . . ■ 47 | | 592 |
| 48 | Tax due. If line 44 is less than line 34, subtract line 44 from line 34 . . . . . . . | 48 | |

**Use Tax**

| | | |
|---|---|---|
| 49 | Use Tax. This is not a total line . . . . . . . . . . . . . . . . ● 49 | |

**Contributions**

| | | |
|---|---|---|
| CA Seniors Special Fund . . . . . . . . . . . ● 50 | | |
| Alzheimer's Disease/Related Disorders Fund . . . ● 51 | | |
| CA Fund for Senior Citizens . . . . . . . . . ● 52 | | |
| Rare and Endangered Species Preservation Program ● 53 | | |
| State Children's Trust Fund for the | | |
| Prevention of Child Abuse . . . . . . . . . . ● 54 | | |
| CA Breast Cancer Research Fund . . . . . . . . ● 55 | | |
| CA Firefighters' Memorial Fund . . . . . . . . ● 56 | | |
| Emergency Food Assistance Program Fund . . . . . ● 57 | | |
| CA Peace Officer Memorial Foundation Fund . . . . ● 58 | | |
| CA Military Family Relief Fund . . . . . . . . ● 59 | | |
| Veterans' Quality of Life Fund . . . . . . . . ● 60 | | |
| CA Sexual Violence Victim Services Fund . . . . . ● 61 | | |
| CA Colorectal Cancer Prevention Fund . . . . . . ● 62 | | |
| CA Sea Otter Fund . . . . . . . . . . . . . ● 63 | | |

| | | |
|---|---|---|
| 64 | Add line 50 through line 63. These are your total contributions . . . . . . . . . . . ● 64 | |

**Amount You Owe**

| | | |
|---|---|---|
| 65 | AMOUNT YOU OWE. Add line 48, line 49, and line 64. Mail to: | |
| | **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009** . . . . . . . . . . ■ 65 | |

**Interest and Penalties**

| | | |
|---|---|---|
| 66 | Interest, late return penalties, and late payment penalties . . . . . . . . . . 66 | |
| 67 | Underpayment of estimated tax. Check box: ☐ FTB 5805 attached ☐ FTB 5805F attached . . . . . . . . . . ● 67 | |
| 68 | Total amount due. Enclose, but do not staple, any payment . . . . . . . . . 68 | |

| | | |
|---|---|---|
| 69 | REFUND OR NO AMOUNT DUE. Subtract line 49 and line 64 from line 47. Mail to: | |
| | **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009** . . . . . . . . . . ■ 69 | 592 |

**Refund and Direct Deposit**

Have your refund directly deposited to one of two separate accounts. Do not attach a voided check or a deposit slip

All or portion of total refund (line 69) you want to direct deposit:

☒ Checking
☐ Savings

12231304 ● Routing number    ● Type    98192618123764 ● Account number    592    ■ 70 Amount you want to direct deposit

Remaining portion of total refund (line 69) you want to direct deposit:

☐ Checking
☐ Savings

● Routing number    ● Type    ● Account number    ■ 71 Amount you want to direct deposit

## Sign Here

IMPORTANT: See the instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

It is unlawful to forge a spouse's signature

▶ Your signature                Spouse's signature (if filing jointly, both must sign)

Daytime phone number (optional) (323) 846-8259    Date

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)

*Leticia Coronado*

Joint return? (See instructions)

Firm's name (or yours if self-employed)    Firm's address 1320 E 23rd Street
Leticia Coronado                Los Angeles, CA 90011

● Paid Preparer's SSN/PTIN
P00601479
● FEIN
20-0732914

TAXABLE YEAR

# 2006  California Adjustments – Residents

SCHEDULE

## CA (540)

**Important:** Attach this schedule directly behind Form 540, Side 2.

Name(s) as shown on return

ROLANDO & MARIA C RAMIREZ

SSN or ITIN

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

**Part I    Income Adjustment Schedule**

**Section A – Income**

| | | | A Federal Amounts (taxable amounts from your federal return) | B Subtractions | C Additions |
|---|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. See instructions before making an entry in col B or C | 7 | 49,680. | | |
| 8 | Taxable interest income | 8 | 323. | | |
| 9 | Ordinary dividends. (b) | (a) | | | |
| 10 | Taxable refunds, credits, offsets of state and local income taxes | 10 | | | |
| 11 | Alimony received | 11 | | | |
| 12 | Business income or (loss) | 12 | | | |
| 13 | Capital gain or (loss) | 13 | | | |
| 14 | Other gains or (losses) | 14 | | | |
| 15 | Total IRA distributions. (a) | (b) | | | |
| 16 | Total pensions and annuities. (a) | (b) | | | |
| 17 | Rental real estate, royalties, partnerships, S corps, trusts, etc. | 17 | | | |
| 18 | Farm income or (loss) | 18 | | | |
| 19 | Unemployment compensation. Enter the same amount in column A and col B | 19 | | | |
| 20 | Social security benefits (a) | (b) | | | |
| 21 | Other income. | | | | |
| | a  California lottery winnings | e  NOL from FTB 3805D, 3805Z, | | a | a |
| | b  Disaster loss carryover from FTB 3805V | 3806, 3807, or 3809 | 21 | b | b |
| | c  Federal NOL (Form 1040, line 21) | f  Other (describe) | | c | c |
| | d  NOL carryover from FTB 3805V | | | d | d |
| | | | | e | e |
| | | | | f | f |
| 22 | Total. Combine line 7 through line 21 in column A. Add line 7 through line 21f in column B and column C. Go to Section B | 22 | 50,003. | | |

**Section B – Adjustments to Income**

| | | | | | |
|---|---|---|---|---|---|
| 23 | Archer MSA deduction | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials | 24 | | | |
| 25 | Health savings account deduction | 25 | | | |
| 26 | Moving expenses | 26 | | | |
| 27 | One-half of self-employment tax | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid. (b) Recipient's: SSN | | | | |
| | Last name | 31a | | | |
| 32 | IRA deduction | 32 | | | |
| 33 | Student loan interest deduction | 33 | | | |
| 34 | Jury duty pay you gave to your employer | 34 | | | |
| 35 | Domestic production activities deduction | 35 | | | |
| 36 | Add lines 23 - 31a and 32 - 35 in columns A, B, and C | 36 | | | |
| 37 | Total. Subtract line 36 from line 22 in columns A, B, and C | 37 | 50,003. | | |

**Part II    Adjustments to Federal Itemized Deductions**

38  Federal itemized deductions. Add the amounts on federal Sch. A (Form 1040), lines 4, 9, 14, 18, 19, 26, and 27 . .  **38**    1,500.

39  Enter total of federal Sch. A (Form 1040), line 5 (State Disability Insurance, Voluntary Plan Disability Insurance and
    state and local income tax, or General Sales Tax) and line 8 (foreign taxes only) . . . . . . . . . . . . . . . . . . . . . . . . . .  **39**    1,250.

40  Subtract line 39 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **40**    250.

41  Other adjustments including California lottery losses. Specify  _____  **41**

42  Combine line 40 and line 41 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **42**    250.

43  Is your federal AGI (Form 540, line 13) more than the amount shown below for your filing status?
        Single or married filing separately . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **$150,743**
        Head of household . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **$226,119**
        Married filing jointly or qualifying widow(er) . . . . . . . . . . . . . . . . . . . . . . .  **$301,491**
    **No.**   Transfer the amount on line 42 to line 43.
    **Yes.**  Complete the Itemized Deductions Worksheet in the instructions for Sch. CA (540), line 43 . . . . . . . . . . . . .  **43**    250.

44  Enter the larger of the amount on line 43 or your standard deduction listed below
    Single or married filing separately . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **$3,410**
    Married filing jointly, head of household, or qualifying widow(er) . . . . . . . . . . . . . . . . . . .  **$6,820**
    Transfer the amount on line 44 to Form 540, line 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **44**    ·6,820.

| 1 Wages, tips, other comp. 50501.53 | 2 Federal income tax withheld 4519.64 |
|---|---|
| 3 Social security wages 57487.59 | 4 Social security tax withheld 3564.23 |
| 5 Medicare wages and tips 57487.59 | 6 Medicare tax withheld 833.57 |
| d Control number 010808 48/KQV | Dept. 810 | Corp. | Employer use only A 154 |

c Employer's name, address, and ZIP code

HERBERT MALARKEY ROOFING COMPA
3131 N COLUMBIA BLVD
PORTLAND OR 97217

| b Employer's FED ID number 93-0508973 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 6986.06 |
| 14 Other 344.93 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

ROLANDO RAMIREZ
1326 E. 23RD STREET
LOS ANGELES,CA 90011

| 15 State CA | Employer's state ID no. 394-3509 4 | 16 State wages, tips, etc. 50501.53 |
|---|---|---|
| 17. State income tax 877.87 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2007**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 50501.53 | 2 Federal income tax withheld 4519.64 |
|---|---|
| 3 Social security wages 57487.59 | 4 Social security tax withheld 3564.23 |
| 5 Medicare wages and tips 57487.59 | 6 Medicare tax withheld 833.57 |
| d Control number 010808 48/KQV | Dept. 810 | Corp. | Employer use only A 154 |

c Employer's name, address, and ZIP code

HERBERT MALARKEY ROOFING COMPA
3131 N COLUMBIA BLVD
PORTLAND OR 97217

| b Employer's FED ID number 93-0508973 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 6986.06 |
| 14 Other 344.93 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

ROLANDO RAMIREZ
1326 E. 23RD STREET
LOS ANGELES,CA 90011

| 15 State CA | Employer's state ID no. 394-3509 4 | 16 State wages, tips, etc. 50501.53 |
|---|---|---|
| 17 State income tax 877.87 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CA.State Reference Copy**
**W-2** Wage and Tax Statement **2007**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 50501.53 | 2 Federal income tax withheld 4519.64 |
|---|---|
| 3 Social security wages 57487.59 | 4 Social security tax withheld 3564.23 |
| 5 Medicare wages and tips 57487.59 | 6 Medicare tax withheld 833.57 |
| d Control number 010808 48/KQV | Dept. 810 | Corp. | Employer use only A 154 |

c Employer's name, address, and ZIP code

HERBERT MALARKEY ROOFING COMPA
3131 N COLUMBIA BLVD
PORTLAND OR 97217

| b Employer's FED ID number 93-0508973 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 6986.06 |
| 14 Other 344.93 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |

e/f Employee's name, address and ZIP code

ROLANDO RAMIREZ
1326 E. 23RD STREET
LOS ANGELES,CA 90011

| 15 State CA | Employer's state ID no. 394-3509 4 | 16 State wages, tips, etc. 50501.53 |
|---|---|---|
| 17 State income tax 877.87 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CA.State Filing Copy**
**W-2** Wage and Tax Statement **2007**

Form **1040A**

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return (99)    2007

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

**Label**

Use the IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial | Last name |
| Rolando | Ramirez |
| If a joint return, spouse's first name and initial | Last name |
| Maria C | Ramirez |

Your social security number: 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

Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see instructions.

18623 Renault Street     Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.

La Puente, CA 91744

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . . . . . . . . . ► ☐ You   ☐ Spouse

**Filing status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

If more than six dependents, see instructions.

- 6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a.
- b ☒ **Spouse**

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit |
|---|---|---|---|---|
| Yasmin | Ramirez | 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 | Daughter | ☒ |
| Gina | Ramirez | 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 | Daughter | |
| Javier N | Olea | 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 | Grandchild | ☒ |
| | | | | |
| | | | | |
| | | | | |

Boxes checked on 6a and 6b: **2**

No. of children on 6c who:
- lived with you: **3**
- did not live with you due to divorce or separation:
- Dependents on 6c not entered above:

d Total number of exemptions claimed.     Add numbers on lines above ► **5**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 50,502. |
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | 2,925. |
| b | Tax-exempt interest. Do not include on line 8a. | 8b | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends. | 9b | |
| 10 | Capital gain distributions. | 10 | |
| 11a | IRA distributions. | 11a | 11b Taxable amount | 11b | |
| 12a | Pensions and annuities. | 12a | 12b Taxable amount | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. | 14a | 14b Taxable amount | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income**. | ► 15 | 53,427. |

**Adjusted gross income**

| | | | |
|---|---|---|---|
| 16 | Educator expenses | 16 | |
| 17 | IRA deduction. | 17 | |
| 18 | Student loan interest deduction. | 18 | |
| 19 | Tuition and fees deduction. Attach Form 8917. | 19 | |
| 20 | Add lines 16 through 19. These are your total **adjustments**. | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income**. | ► 21 | 53,427. |

JTA   **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FD007 11/12/07   Form **1040A** (2007)

Form 1040A (2007) Rolando & Maria C Ramirez                          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 Page 2

**Tax, credits, and payments**

| 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 53,427. |
|---|---|---|---|

23a Check if: ☐ You were born before Jan 2, 1943, ☐ Blind
☐ Spouse was born before Jan 2, 1943, ☐ Blind } Total boxes checked ▶ 23a ☐

b If you are married filing separately and your spouse itemizes deductions, see instructions and check here ▶ 23b ☐

**Standard Deduction for—**

• People who checked any box on line 23a or 23b or who can be claimed as a dependent.

• All others:

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| 24 | Enter your **standard deduction** (see left margin) | 24 | 10,700. |
|---|---|---|---|
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 42,727. |
| 26 | If line 22 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 22 is over $117,300, see the worksheet. | 26 | 17,000. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ▶ | 27 | 25,727. |
| 28 | **Tax**, including any alternative minimum tax | 28 | 3,076. |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| 31 | Education credits. Attach Form 8863. | 31 | |
| 32 | Child tax credit. Attach Form 8901 if required. | 32 | 2,000. |
| 33 | Retirement savings contributions credit. Attach Form 8880. | 33 | |
| 34 | Add lines 29 through 33. These are your **total credits**. | 34 | 2,000. |
| 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | 35 | 1,076. |
| 36 | Advance earned income credit payments from Form(s) W-2, box 9. | 36 | |
| 37 | Add lines 35 and 36. This is your **total tax**. ▶ | 37 | 1,076. |
| 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | 4,520. |
| 39 | 2007 estimated tax payments and amount applied from 2006 return. | 39 | |
| 40a | **Earned income credit (EIC)**. | 40a | |
| b | Nontaxable combat pay election. 40b | | |
| 41 | Additional child tax credit. Attach Form 8812. | 41 | |
| 42 | Add lines 38, 39, 40a, and 41. These are your **total payments**. ▶ | 42 | 4,520. |

**If you have a qualifying child, attach Schedule EIC.**

**Refund**

Direct deposit? Fill in 44b, 44c, and 44d or Form 8888 ▶

| 43 | If line 42 is more than line 37, subtract line 37 from line 42. This is the amount you **overpaid**. | 43 | 3,444. |
|---|---|---|---|
| 44a | Amount of line 43 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 44a | 3,444. |

b Routing number  122000661   ▶ c Type: ☒ Checking  ☐ Savings

▶ d Account number  0306312999

| 45 | Amount of line 43 you want applied to your **2008 estimated tax**. | 45 | |
|---|---|---|---|

**Amount you owe**

| 46 | **Amount you owe**. Subtract line 42 from line 37. For details on how to pay, see instructions. ▶ | 46 | |
|---|---|---|---|
| 47 | Estimated tax penalty. | 47 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS? ☐ **Yes**. Complete the following. ☒ **No**

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign here**

Keep a copy for your records. ▶

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature     Date 2/3/2008     Your occupation Labor     Daytime phone number (323) 846-8259

Spouse's signature. If a joint return, both must sign.     Date     Spouse's occupation House Wife

**Paid preparer's use only**

Preparer's signature ▶ _Peteven Crown_     Date 2/3/2008     Check if self-employed ☐     Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ Edward Anthony Zimecki
20672 Collegewood Dr
Walnut, CA 91789

EIN 20-8382566     Phone no. (626) 369-9947

JTA     FD008 11/12/07     Form 1040A (2007)

**Schedule 1**
(Form 1040A)

Department of the Treasury—Internal Revenue Service

## Interest and Ordinary Dividends
## for Form 1040A Filers

**2007**

OMB No. 1545-0074

Name(s) shown on Form 1040A

Rolando & Maria C Ramirez

Your social security number

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

## Part I

**Interest**
(See the instructions for Form 1040A, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, enter the firm's name and the total interest shown on that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions and list this interest first. Also, show that buyer's social security number and address.

| | | Amount |
|---|---|---|
| Washington Mutual | 1 | 25. |
| Bank of America | | 1,597. |
| Bank of America | | 1,303. |
| | | |

| | | | Amount |
|---|---|---|---|
| **2** Add the amounts on line 1 | | 2 | 2,925. |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815. | 3 | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, line 8a. | | 4 | 2,925. |

## Part II

**Ordinary dividends**
(See the instructions for Form 1040A, line 9a.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, enter the firm's name and the ordinary dividends shown on that form.

**5** List name of payer

| | | Amount |
|---|---|---|
| | 5 | |
| | | |

| | | | Amount |
|---|---|---|---|
| **6** Add the amounts on line 5. Enter the total here and on Form 1040A, line 9a. | | 6 | |

For Paperwork Reduction Act Notice, see Form 1040A instructions.

**Schedule 1 (Form 1040A) 2007**

JTA

FD120  11/09/07

065

Declaration Control Number (DCN)

| 0 | 0 | — | 9 | 5 | 9 | 2 | 8 | — | 2 | 0 | 0 | 0 | 7 | — | 8 |

**DO NOT MAIL THIS FORM TO FTB**

Date Accepted

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2007** | **California e-file Return Authorization for Individuals** | **8453** |

| Your first name and initial | Last name | Your SSN or ITIN |
|---|---|---|
| ROLANDO | RAMIREZ | 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 |
| If joint return, spouse's/RDP's first name and initial | Last name | Spouse's/RDP's SSN or ITIN |
| MARIA            C | RAMIREZ | 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 |

| Address (including number and street, PO Box, or PMB no. | Apt. no./Ste. no. | Daytime telephone number |
|---|---|---|
| 18623 RENAULT STREET | | (323) 846-8259 |

| City, town or post office, state, and ZIP Code | State | ZIP Code |
|---|---|---|
| LA PUENTE | CA | 91744 |

## Part I  Tax Return Information (whole dollars only)

| | | |
|---|---|---|
| 1 | California adjusted gross income. (Form 540, line 17; Form 540 2EZ, line 16; Long Form 540NR, line 21; or Short Form 540NR, line 21) ... **1** | 53,427. |
| 2 | Refund or No Amount Due. (Form 540, line 66; Form 540 2EZ, line 28; Long Form 540NR, line 73; or Short Form 540NR, line 73) ........ **2** | 876. |
| 3 | Amount you owe (Form 540, line 62; Form 540 2EZ, line 27; Long Form 540NR, line 69; or Short Form 540NR, line 69) .............. **3** | |

## Part II  Settle Your Account Electronically for Taxable Year 2007 (Due 04/15/08)

| | | |
|---|---|---|
| 4 | X  Direct Deposit of Refund | |
| 5 | Electronic Funds Withdrawal  **5a** Amount | **5b** Withdrawal Date (MM/DD/YYYY) |

## Part III  Make Estimated Tax Payments for Taxable Year 2008  These are NOT installment payments for the current amount you owe.

| | | First Payment Due 4/15/08 | Second Payment Due 6/16/08 | Third Payment Due 9/15/08 | Fourth Payment Due 1/15/09 |
|---|---|---|---|---|---|
| 6 | Amount | | | | |
| 7 | Withdrawal Date | | | | |

## Part IV  Banking Information (Have you verified your banking information?)

| | | | | |
|---|---|---|---|---|
| 8 | Amount of refund to be directly deposited to account below | | 12 | The remaining amount of my refund for direct deposit: |
| 9 | Routing number  122000661 | | 13 | Routing number |
| 10 | Account number  0306312999 | | 14 | Account number |
| 11 | Type of account:  X Checking  □ Savings | | 15 | Type of account:  □ Checking  □ Savings |

## Part V  Declaration of Taxpayer(s)

I authorize my account be settled as designated in Part II. If I check Box 4, I declare that the direct deposit refund information in Part IV agrees with the authorization stated on my return. If I check Box 5, I authorize an electronic funds withdrawal for the amount listed on 5a and any estimated payment amounts listed on lines 6 from the account listed on lines 9, 10, and 11. If I have filed a joint return, this is an irrevocable appointment of the other spouse/RDP as an agent to receive the refund or authorize an electronic funds withdrawal.

Under penalties of perjury, I declare that the information I provided to my Electronic Return Originator (ERO), Transmitter, or Intermediate Service Provider, including my name, address and social security number (SSN), or individual taxpayer identification number (ITIN), the amounts shown in Part I above agrees with the information and amounts shown on the corresponding lines of my 2007 California income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. If I am filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I authorize my return and accompanying schedules and statements be transmitted to the FTB by my ERO, Transmitter, or Intermediate Service Provider. If the processing of my return or refund is delayed, I authorize the FTB to disclose to my ERO, Intermediate Service Provider, and/or the Transmitter the reason(s) for the delay or the date when the refund was sent.

| Sign | ▶ Your signature | Date | ▶ Spouse's/RDP's signature. If filing jointly, both must sign. | Date |
|---|---|---|---|---|
| Here | For Privacy Notice, get form FTB 1131. | | It is unlawful to forge a spouse's/RDP's signature. | |

## Part VI  Declaration of Electronic Return Originator (ERO) and Paid Preparer.

I declare that I have reviewed the above taxpayer's return and that the entries on form FTB 8453 are complete and correct to the best of my knowledge. (If I am only an Intermediate Service Provider, I understand that I am not responsible for reviewing the taxpayer's return. I declare, however, that form FTB 8453 accurately reflects the data on the return.) I have obtained the taxpayer's signature on form FTB 8453 before transmitting this return to the FTB; I have provided the taxpayer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2007 e-file Handbook for Authorized e-file Providers and in FTB Pub.1345A, 2007 e-file Handbook Supplement. I will keep form FTB 8453 on file for four years from the due date of the return or four years from the date the return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| ERO Must Sign | ERO's signature ▶ | Date  2/3/2008 | Check if also paid preparer  X | Check if self-employed □ | ERO's SSN/PTIN  0 — — |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address  Edward Anthony Zimecki  20672 Collegewood Dr  Walnut  CA | | | FEIN  20-8382566 | ZIP Code  91789 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| Paid Preparer Must Sign | Paid preparer's signature ▶ | Date  2/3/2008 | Check if self-employed □ | Paid preparer's SSN/PTIN  4125528 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | | FEIN | ZIP Code |

For Privacy Notice, get form FTB 1131.

CA420  11/16/07

FTB 8453 C2 (2007)

For Privacy Notice, get form FTB 1131.

# California Resident
# Income Tax Return     **2007**

CA100  11/06/07

**540** C1 Side 1

APE

```
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   RAMI ** 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              07              P
ROLANDO     RAMIREZ                                            AC
MARIA      C RAMIREZ                                           A
                                                              R
18623 RENAULT STREET                                         RP
LA PUENTE        CA  91744
```

```
01        2    37        0    58        0    APE        0
06        0    38        0    59        0    FS         0
09        0    39        0    60        0    3800       0
10        3    40        0    61        0    3803       0
12    50502    41        0    62        0    SCHG1      0
14        0    42        0    63        0    5870A      0
16        0    43        0    64        0    5805 5805F 0
17    53427    45      876    66      876    TPID       0
18     7032    46        0    67      876    FN   208382566
20     1072    47      876    68        0
23        0    48        0
25        0    49        0
26        0    50        0
27        0    51        0                    122000661
28        0    52        0                   0306312999
31        0    53        0                            1
32        0    54        0
33        0    55        0
34        2    56        0
36      878    57        0
```

| | | | | | |
|---|---|---|---|---|---|
| **Filing Status** | 1 | ☐ Single | 4 | ☐ Head of household (with qualifying person).  See instructions. | |
| | 2 | ☒ Married/RDP filing jointly | 5 | ☐ Qualifying widow(er) with dependent child. Enter year spouse died. | |
| | 3 | ☐ Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here | | | |

If your California filing status is different from your federal filing status, check the box here . . . . . . . . . . . . . . . . . . . . . . . . ●

| | | |
|---|---|---|
| | 6 | If someone can claim you (or your spouse) as a dependent on their tax return, check the box here . . . . . . . . . . . . . . . . . . . . . ● 6 |
| | 7 | **Personal:** If you checked 1, 3, or 4 above, enter 1 in the box. If you checked 2 or 5, enter 2 in the box. |

**Exemptions**

Whole dollars only

If you checked the box on line 6, do not enter amount on line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** ☐2 X $94 = $ **188**

8  **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1; if both are visually impaired, enter 2 . . **8** ☐ X $94 = $ _____

9  **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 . . . . . . . . . ● **9** ☐ X $94 = $ _____

10  **Dependents:** Enter name and relationship. **Do not include yourself or your spouse.**

  See attached st

Total dependent exemptions . . . . . . . . ● **10** ☐3 X $294 = $ **882**

11  **Exemption amount:** Add line 7 through line 10.  Transfer this amount to line 21 . . . . . . . . . . . . **11** $ **1070**

**Taxable Income**

12  State wages from your Form(s) W-2, box 16, or CA Sch W-2 CG, line C . . . . . ● **12**  50,502

13  Enter federal AGI from Form 1040, line 37; Form 1040A, line 21; Form 1040EZ, line 4 . . . . . . . . . . . . **13**  53,427

14  California adjustments – subtractions. Enter the amount from Sch CA (540), line 37, column B . . . . . . . . ● **14**

15  Subtract line 14 from line 13. If less than zero, enter the result in parentheses . . . . . . . . . . . . . . . **15**  53,427

16  California adjustments – additions. Enter the amount from Sch CA (540), line 37, column C . . . . . . . . . ● **16**

17  California adjusted gross income. Combine line 15 and line 16 . . . . . . . . . . . . . . . . . . . . . . . ● **17**  53,427

18  Enter the larger of your CA **standard deduction** OR your CA **itemized deductions** . . . . . . . . . . . . . . ● **18**  7,032

19  Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- . . . . . . . . . . . . . **19**  46,395

**Tax**

20  Tax. Check box if from:  ☒ Tax Table   ☐ Tax Rate Schedule   ☐ FTB 3800 or   ☐ FTB 3803  ● **20**  1,072

21  Exemption credits. Enter the amount from line 11. If your federal AGI is more than $155,416 . . . . . . . . **21**  1,070

22  Subtract line 21 from line 20. If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . **22**  2

23  Tax. Check box if from:  ☐ Schedule G-1   ☐ Form FTB 5870A . . . . . . . . . . . . . . ● **23**

24  Add line 22 and line 23. Continue to Side 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**  2

Your name: ROLANDO & MARIA C RAMIREZ    Your SSN or ITIN: 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

Amount from Side 1, line 24 ............................................... 2

**Special Credits**

25 Credit ........................................ Code ____ amount ▶ 25
26 Credit ........................................ Code ____ amount ▶ 26
27 To claim more than two credits (see instructions) .............. ● 27
28 Nonrefundable renter's credit ............................ ● 28
29 Add line 25 through line 28. These are your total credits ................. 29
30 Subtract line 29 from line 24. If less than zero, enter 0 ................ 30 | 2

**Other Taxes**

31 Alternative minimum tax. Attach Schedule P (540) ............. ● 31
32 Mental Health Services Tax ........................... ● 32
33 Other taxes and credit recapture ....................... ● 33
34 Add line 30, line 31, line 32 and line 33. This is your total tax ............ ● 34 | 2

**Payments**

36 California income tax withheld ......................... ● 36 | 878
37 2007 CA estimated tax and other payments ............... ● 37
38 Real estate withholding. (Form(s) 592-B, 593-B, and 594) ..... ● 38
39 Excess SDI ...................................... ● 39

**Child and Dependent Care Expenses Credit. Attach form FTB 3506.**

● 40          ● 41          ● 42          ● 43

44 Add line 36, line 37, line 38, line 39, and line 43. These are your total payments .............. 44 | 878

**Overpaid Tax/Tax Due**

45 Overpaid tax. If line 44 is more than line 34, subtract line 34 from line 44 ................. 45 | 876
46 Amount of line 45 applied to 2008 estimated tax ............................... ● 46
47 Overpaid tax available this year. Subtract line 46 from line 45 ...................... ● 47 | 876
48 Tax due. If line 44 is less than line 34, subtract line 44 from line 34 ................... 48

**Use Tax**

49 Use Tax. This is not a total line ............................... ● 49

**Contributions**

| | | | |
|---|---|---|---|
| CA Seniors Special Fund ................ ● 50 | | CA Firefighters' Memorial Fund .......... ● 56 |
| Alzheimer's Disease/Related Disorders Fund ........... ● 51 | | Emergency Food Assistance Program Fund ... ● 57 |
| CA Fund for Senior Citizens ................ ● 52 | | CA Peace Officer Memorial Foundation Fund .. ● 58 |
| Rare and Endangered Species Preservation Program ... ● 53 | | CA Military Family Relief Fund .......... ● 59 |
| State Children's/Es Trust Fund for the Prevention of Child Abuse ... ● 54 | | CA Sea Otter Fund ............... ● 60 |
| CA Breast Cancer Research Fund ............ ● 55 | | |

61 Add line 50 through line 60. These are your total contributions ............................. ● 61

**Amount You Owe**

62 **AMOUNT YOU OWE.** Add line 48, line 49, and line 61. Mail to:
**FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009** ............ ● 62

**Interest and Penalties**

63 Interest, late return penalties, and late payment penalties .................. 63
64 Underpayment of estimated tax. Check box: ☐ FTB 5805 attached  ☐ FTB 5805F attached .... ● 64
65 Total amount due. Enclose, but do not staple, any payment ..................... 65

66 **REFUND OR NO AMOUNT DUE.** Subtract line 49 and line 61 from line 47. Mail to:
**FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009** ........... ● 66 | 876

**Refund and Direct Deposit**

Fill in the information to authorize direct deposit of your refund into one or two accounts. Do not attach a voided check or a deposit slip.

Have you verified the routing and account numbers? **Use whole dollars only.**

All or the following amount of my refund (line 66) is authorized for direct deposit into the account shown below:

☒ Checking
122000661          ☐ Savings    0306312999                              876
● Routing number  ● Type    ● Account number          ● 67  Direct deposit amount

The remaining amount of my refund (line 66) is authorized for direct deposit into the account shown below:

☐ Checking
☐ Savings

● Routing number  ● Type    ● Account number          ● 68  Direct deposit amount

**Sign Here**

It is unlawful to forge a spouse's/RDP's signature.

Joint return? (See instructions)

IMPORTANT: See the instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Your signature

Daytime phone number (optional) (323) 846-8255

Spouse's/RDP's signature (if filing jointly, both must sign)  Date

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)

● Paid Preparer's SSN/PTIN
0 --

Firm's name (or yours if self-employed)  Firm's address  20672 Collegewood Dr
Edward Anthony Zimecki    Walnut, CA 91789

● FEIN
20-8382566

# Net Investment Income Worksheet (Form 3526)

2007
Keep for your records

Name
ROLANDO & MARIA C RAMIREZ

Social Security Number
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

## Investment Interest Expense - Form 3526, line 1

**1.** Investment interest expense from K-1s ................................................

**2.** **a.** Royalty investment interest expense claimed on federal return ....

    **b.** California royalty investment interest expense adjustment .......

    **c.** California royalty investment interest expense ..........................................

**3.** **a.** Other investment interest expense claimed on federal return .....

    **b.** California other investment interest expense adjustment ........

    **c.** California other investment interest expense ..................................

**4.** Total interest expense on investment debts ..........................................

## Gross Income from Property Held for Investment

**5.** Interest income, except from Schedule K-1s ..................................................    2,925.

**6.** Dividend income, except from Schedule K-1s ..................................................

**7.** Net income from royalties, except from Schedule K-1s .............

**8.** Add interest expense adjustment from royalties ...................

**9.** Add depreciation adjustment for royalties ......................

**10.** Total income from royalties, except from Schedule K-1s .................................

**11.** Investment income attributable to children's interest and dividends ..................

**12.** Investment income from partnership and S corporation K-1s ..........................

**13.** Net passive investment income from publicly traded partnerships .....................

**14.** **a.** Other investment income claimed on federal return ...........

    **b.** California other investment income adjustments ..............

    **c.** California other investment income ........................

**15.** Gross income from property held for investment, Form 3526, line 4a ..................    2,925.

## Net Gain from the Disposition of Property Held for Investment

**16.** Total capital gain or loss before passive limitations ....................................

**17.** Less passive capital gain or loss ........................................

**18.** Plus passive gain or loss attributable to publicly traded partnership passive income .........

**19.** Less Section 1231 gain before passive limitations ....................................

**20.** Less gain on sale of residence ..........................................

**21.** Other adjustments .......................................................

**22.** Net gain from the disposition of property held for investment from
Form 3526, line 4b and line 4c ..........................................

CA509  06/04/01

# Net Investment Income Worksheet (Form 3526) (cont.)

Name
ROLANDO & MARIA C RAMIREZ

Social Security Number
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

**Investment Expenses**

23. **a.** Investment expense after the 2% (.02) limitation ............

    **b.** Add California investment expense adjustment from partnerships
    and S corporations ...................................

    **c.** Total investment expense ...................................

24. **a.** Other investment expenses claimed on federal return ..........

    **b.** California other investment expense adjustment ..............

    **c.** California other investment expense ...........................

25. Investment expenses, Form 3526, line 5 ...................................

**Allocation of Investment Interest Expense - Form 3526, line 8**

26. Enter smaller of line 3 or line 6 from Form 3526 ...............................

27. Less investment interest expense deducted on other forms and schedules ...............

28. California investment interest expense ...........................

29. Allowed federal Schedule A investment interest expense ...........................

30. **Total adjustment for itemized deductions.** Subtract line 29 from line 28. Enter here
    and on Schedule CA, line 38 ...........................

2007

# Dependents Information Statement (Form 540)

Name
ROLANDO & MARIA C RAMIREZ

Social Security Number
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

| Dependent's Name | Dependent's Relationship to You |
|---|---|
| Yasmin Ramirez | Daughter |
| Gina Ramirez | Daughter |
| Javier N Olea | Grandchild |

BANK OF AMERICA, N.A.
TAX REPORTING AZ1-200-18-07
PO BOX 29961
PHOENIX, AZ 85038-9985

# COMBINED TAX STATEMENT
# FOR YEAR 2007

THIS STATEMENT REPORTS 1099-DIV (OMB No. 1545-0110), 1099-INT (OMB No. 1545-0112), 1099-OID (OMB No. 1545-0117), 1098 (OMB No. 1545-0901), 1099-MISC (OMB No. 1545-0115), 1099-B (OMB No. 1545-0715), 1099-Q (OMB No. 1545-1760), 1099-A (OMB No. 1545-0877), 1099-C (OMB No. 1545-1424), 1099-S (OMB No. 1545-0997), 1098-E (OMB No. 1545-1576), 1099-SA (OMB No. 1545-1517).
DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE.

## Bank of America

BANK# 0319

00005670 A1 0009          *********AUTO**5-DIGIT 90011
ROLANDO GONZALEZ RAMIREZ
1326 E 23RD ST
LOS ANGELES, CA 90011-1702

PAYERS E.I.N.
94-1687665

CUST SERV PH #
1-877-520-1099

TAXPAYERS IDENTIFICATION NUMBER
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

"For Form 1099-B, DIV, INT, MISC, OID and Q: This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported."

| ACCOUNT NUMBER | ACCOUNT TYPE | IRS DESCRIPTION | IRS BOX # | AMOUNT |
|---|---|---|---|---|
| * * * 2007 FORM 1099-INT, INTEREST INCOME * * * | | | | |
| 03065-10889<br>ROLANDO GONZALEZ RAMIREZ | TIME DEPOSIT | INTEREST INCOME | 1 | 1596.96 |
| 03068-01477<br>ROLANDO GONZALEZ RAMIREZ | TIME DEPOSIT | INTEREST INCOME | 1 | 1302.54 |

PLEASE NOTE:  INQUIRIES REGARDING THESE ACCOUNTS SHOULD BE DIRECTED TO OUR CUSTOMER SERVICE PHONE NUMBER ABOVE. PLEASE CHECK YOUR TAXPAYER IDENTIFICATION NUMBER AND CALL THE NUMBER LISTED ABOVE IF IT IS INCORRECT.

**TDD HEARING IMPAIRED PLEASE CALL 1-800-551-4453**

FORM 1099-OID, THIS MAY NOT BE THE CORRECT FIGURE TO REPORT ON YOUR INCOME TAX RETURN, SEE INSTRUCTIONS ON BACK.

ACCOUNT SUMMARY

TOTAL EARNINGS INT.
ORD. DIV AND OID'S

2899.50

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    Plaintiff, )    CRIMINAL CASE NO. _08mj 616_

v.    )

_Fortino Alvarado-Ortega (1)_    )    **ORDER AND CONDITIONS OF PRETRIAL**
                          Defendant. )    **RELEASE: BAIL (18 U.S.C. § 3142(c))**

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing,* **IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

## STANDARD CONDITIONS:
✓ 1. restrict travel to ❏ San Diego County, ☑ Southern District of California, ❏ Central District of California, ❏ State of California, ❏ United States, ☑ do not enter Mexico, ☑ other: _Eastern District of CA_ ;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;

✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

## ADDITIONAL CONDITIONS:
✓ 7. be able to legally remain in the United States during pendency of the proceedings;

___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
   ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;

___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
   ☑ submit to supervision and custody of _____ ; and/or
   ❏ remain at a specified residence (curfew) between the hours of _____ P.M. and _____ A.M. daily;

✓ 10. actively seek and maintain full-time employment, schooling, or combination of both;

✓ 11. execute a personal appearance bond in the amount of $ _30,000_ secured by:
   ❏ a trust deed to the United States on real estate approved by a Federal Judge;
   ☑ the co-signatures of _2_ financially responsible (related) adults;
   ❏ Nebbia Hearing ❏ Exam of Sureties ❏ other: _____

___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).

___ 13. 18 U.S.C.§ 3142(d) hold until _____ ; if no detainer is lodged by then, these conditions take effect.

___ 14. clear all warrants/FTA's within _____ days of release.

___ 15. all conditions previously set will remain the same.

✓ 16. other conditions: _Clear suspended license or no driving_

_____

DATED: _3-3-08_    [FILED stamp: FILED MAR - 3 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY LWH DEPUTY]    _____
                                                                Federal Judge

cc:    Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)